**UNITED STATES of America,**
**Plaintiff–Appellee**

v.

**Juan Enrique NUNEZ–RUBIO, also known as Juan Cesar Enrique Nunez–Rubio, also known as Juan Enrique Nunez Rubio, also known as Juan Cesar Nunez–Rubio, Defendant–Appellant.**

**No. 11–20043**
**Conference Calendar.**

United States Court of Appeals,
Fifth Circuit.

Aug. 16, 2011.

Renata Ann Gowie, Assistant U.S. Attorney, U.S. Attorney's Office, Houston, TX, for Plaintiff–Appellee.

Marjorie A. Meyers, Federal Public Defender, Timothy William Crooks, Assistant Federal Public Defender, Federal Public Defender's Office, Houston, TX, for Defendant–Appellant.

Juan Enrique Nunez–Rubio, Houston, TX, pro se.

Before HIGGINBOTHAM, CLEMENT, and ELROD, Circuit Judges.

PER CURIAM: *

The Federal Public Defender appointed to represent Juan Enrique Nunez–Rubio

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir.2011). Nunez–Rubio has filed a response. We have reviewed counsel's brief and the relevant portions of the record reflected therein, as well as Nunez–Rubio's response. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

---

* Pursuant to 5TH CIR R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR R. 47.5.4.